```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10679
    ALLEN E TRIPLETT
    PATRICIA A TRIPLETT                   CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-9471      SSN XXX-XX-5694

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/14/07 .

    2.  The case was dismissed without confirmation, 08/31/2007.

    3.  The Debtor paid a total of $    715.38 .


---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
---------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED VEHIC         .00           .00        69.40
CAPITAL ONE AUTO FINANCE   SECURED VEHIC         .00           .00       279.00
CROSS COUNTRY BANK         UNSECURED        NOT FILED          .00          .00
JP MORGAN CHASE BANK       UNSECURED        NOT FILED          .00          .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00          .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00          .00
CINGULAR WIRELESS          UNSECURED        NOT FILED          .00          .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED          .00          .00
CORWIN MEDICAL CARE LTD    UNSECURED        NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED        NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED        NOT FILED          .00          .00
GEMB                       UNSECURED        NOT FILED          .00          .00
GEMB                       UNSECURED        NOT FILED          .00          .00
GEMB                       UNSECURED        NOT FILED          .00          .00
MARSHALL FIELD             UNSECURED        NOT FILED          .00          .00
NEW YORK & CO              UNSECURED        NOT FILED          .00          .00
NICOR GAS                  UNSECURED        NOT FILED          .00          .00
HSBC                       UNSECURED        NOT FILED          .00          .00
DEPENDON COLLECTION SERV   UNSECURED        NOT FILED          .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED          .00          .00
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
---------------------------------------------------------------------------
KCA FINANCIAL SERVICES     UNSECURED        NOT FILED          .00          .00
RETAILERS NATL BANK        UNSECURED        NOT FILED          .00          .00
VICTORIAS SECRET           UNSECURED        NOT FILED          .00          .00
WELLS FARGO FINANCIAL IN   UNSECURED        NOT FILED          .00          .00
NEW YORK & CO              UNSECURED        NOT FILED          .00          .00
VICTORIAS SECRET           UNSECURED        NOT FILED          .00          .00
ZALUTSKY & PINSKI          REIMBURSEMENT      374.00           .00          .00
            Summary of disbursements:
---------------------------------------------------------------------------
```

```
                    SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00      374.00         .00        .00      374.00
PRINCIPAL PAID       348.40         .00         .00        .00      348.40
INTEREST PAID           .00         .00         .00        .00         .00
TOTAL PAID           348.40         .00         .00        .00      348.40
```

The Debtor's attorney, ZALUTSKY & PINSKI          , was allowed $   3500.00
and was paid $        .00 .

The Trustee received $       9.29 .

Refunds to the Debtor totaled $    357.69 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 07 B 10679 ALLEN E TRIPLETT & PATRICIA A TRIPLETT